UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                           Case No. 21-30147
                                           Originating No.1:21-mj-00335

**ANTHONY ROBERT WILLIAMS,**

    Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ANTHONY ROBERT WILLIAMS,** to answer to charges pending in another federal district, and states:

1. On **March 26, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Superior Court of the District of Columbia based on a Complaint. Defendant is charged in that district with violation of 18 U.S.C. §§1752(a)(1) and(2)- Knowingly enter or remain in any restricted building or grounds without lawful authority; 18 U.S.C. §1512(c)(2)- Obstruction of Official Proceedings; 40 U.S.C. §§5104(e)(2)(D) and(G)- Violent entry and disorderly conduct on Capitol Grounds.**

      2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

      WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

      Respectfully submitted,

      SAIMA S. MOHSIN
      Acting United States Attorney

      s/Hank Moon
      Assistant U.S. Attorney
      211 W. Fort Street, Suite 2001
      Detroit, MI 48226
      hank.moon@usadoj.gov
      (313) 226-0220

Dated: March 26, 2021