UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff.

                                                NO. 21-30147

v.

**ANTHONY ROBERT WILLIAMS,**

    Defendant.
_____/

## ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that defendant Anthony Robert Williams be transferred to the Superior Court for the District of Columbia for further proceedings in the case of *United States v. Anthony Robert Williams,* Case No. 1:21-mj-00335.

Defendant who has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), shall appear at the following location at the following time:

<u>Wednesday, March 31, 2021 at 1pm, via Zoom for the initial appearance in front of Judge Zia Faruqui. Zoom information is as follows:</u>

Join ZoomGov Meeting

https://uscourts-dcd.zoomgov.com/j/1615439875?pwd=M1JnWVV6bjBPTnF3M010SzdtM0NwZz09

Meeting ID: 161 543 9875

Passcode: 926057

One tap mobile
+16692545252,,1615439875#,,,,,,0#,,926057# US (San Jose)
+16468287666,,1615439875#,,,,,,0#,,926057# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US

Meeting ID: 161 543 9875

Passcode: 926057

Find your local number: https://uscourts-dcd.zoomgov.com/u/adDIlCPuGS

Join by SIP

1615439875@sip.zoomgov.com

Join by H.323

161.199.138.10 (US West)

161.199.136.10 (US East)

Meeting ID: 161 543 9875

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court.   See 18 U.S.C. §§ 3146, 3148.

**s/Kimberly G. Altman**
HONORABLE KIMBERLY G. ALTMAN
United States Magistrate Judge

Entered: March 26, 2021